**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DENISE DUNNE, TAMARA LASHCHYK, and RICHARD C. MANJARRES, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>                Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:25-cv-18105 |

**ORDER**

Upon consultation with the parties, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Defendants shall file their answer to Plaintiff's complaint, ECF No. 1, or their motion to dismiss within: (1) 42 days, starting with the day after the scheduled April 7, 2026 oral argument, or (2) 21 days, starting with the day after the court issues its decision on Defendants' motion to transfer venue, ECF No. 33, whichever date first occurs.

                                                    /s/ Leo M. Gordon
                                                    Leo M. Gordon, Judge
                                                    U.S. Court of International Trade
                                                    (sitting by designation in the District of New Jersey)

Dated: March 2, 2026
       Newark, New Jersey