**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DENISE DUNNE, TAMARA LASHCHYK, and RICHARD C. MANJARRES, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br>Defendants. | Before: Leo M. Gordon, Judge<br>Case No. 25-cv-18105-LMG-LDW |

**[PROPOSED] ORDER**

Upon consultation with the parties, it is hereby

**ORDERED** that Plaintiffs shall respond to Defendants' motion to dismiss, ECF No. 50, by August 7, 2026; it is further

**ORDERED** that Defendants shall file a reply in support of their motion to dismiss, if any, by August 26, 2026; and it is further

**ORDERED** that oral argument on the motion to dismiss shall be held on September 10, 2026, at 10:30 AM.

DATED: ________________

SO ORDERED:

________________________
Hon. Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)